**Order entered June 6, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00941-CR
## No. 05-21-00942-CR

**MITCHELL WAYNE AUSTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-70576-T & F12-58000-T**

## ORDER

Before the Court is attorney Kenneth Weatherspoon's June 1, 2022 motion for an extension of time to file appellant's brief. In the motion, Mr. Weatherspoon states he has been retained by appellant and wishes to represent him during the pendency of these appeals.

We **GRANT** the motion. We **DIRECT** the Clerk to remove Juanita Edgecomb and list Kenneth Weatherspoon as retained counsel for appellant. All

future correspondence shall go to Mr. Weatherspoon at the address on file with the Court.

We **STRIKE** the April 12, 2022 motion to withdraw as counsel and *Anders* brief in support of the motion filed by Ms. Edgecomb.

Appellant's brief is due by **August 1, 2022**.

We **DIRECT** the Clerk to send copies of this order to Juanita Edgecomb; Kenneth Weatherspoon; appellant; and the Dallas District Attorney's Office.

/s/    ERIN A. NOWELL
         JUSTICE